IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-02383-PAB-KAS

JANE DOE,

    Plaintiff,

v.

FRANK DANIEL MALOIT,

    Defendant.

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S RENEWED MOTION TO RESTRICT PURSUANT TO LOCAL RULE 7.2 (DOCKET NO. 34)**

---

Defendant Frank Maloit Responds to "Plaintiff's Motion [sic] Renewed Motion to Restrict Pursuant to Local Rule 7.2[,]" Docket No. 34, as follows:

**I.    Introduction**

Defendant does not object to and does not take a position on the propriety of Plaintiff's request to restrict Docket Nos. 1, 9, 16, 19, 19-1, or 19-2, despite Plaintiff's multiple public filings, the publication by third parties of Plaintiff's lawsuit, and the fact that Plaintiff does not seek to restrict Defendant's Reply in Support of his Rule 11 Motion (Docket No. 26). However, Defendant feels compelled to correct the record with respect to certain misrepresentations Plaintiff makes in Docket No. 34.

**II.    Conferral Background**

Plaintiff's Counsel notes that while Plaintiff's counsel sent an email to confer regarding Docket No. 34 after 4:00 p.m. on November 20, 2024, the undersigned was not in a position to respond to the conferral request until later in the day on November 21, 2024, after which he had conferred with Defendant and completed a previously scheduled deposition. At the time the

1

undersigned responded, Plaintiff had filed her motion without awaiting a response and without reaching out further.

### III. Response

Plaintiff implies that Defendant brought attention to this matter by posting a statement to his campaign Facebook page on November 4, 2024 in response to a Boulder Weekly article published the same day. *See* Docket No. 34 at p. 3, ¶¶6-8. Plaintiff's implication is false. Members of the public discovered Plaintiff's lawsuit no later than November 2, 2024 and began posting it to multiple Facebook pages, including the Erie, Colorado town page with more than 16,000 followers. Docket No. 26-2. These postings led to numerous public attacks on Defendant on November 2, 3, 4, and beyond. *Id*. Defendant's November 4, 2024 response to those postings and related comments did not identify Plaintiff and went so far as to refer to Plaintiff as "his/her" to help keep Plaintiff's identity obscured. Docket No. 34-2 at p. 2.

Plaintiff also incorrectly seeks to shift blame for people having discovered her multiple public filings, even with undeniable knowledge that Defendant was running for office before each public filing beyond September 9, 2024. *See* Docket No. 14-11 at p. 9 (discussing Plaintiff's timing of the lawsuit with Defendant's campaign announcement). Plaintiff tries to blame Defendant for her own choice to file documents publicly by claiming that it is not "fair or logical to conclude that Defendant's choice to run for office now serves to evaporate Plaintiff's privacy interest with respect to events that occurred years prior." Docket No. 34 at ¶ 21. The fact is that Plaintiff, not Defendant, publicly filed her Complaint and publicly filed every other document she has presented in this case with full knowledge that the circumstances surrounding this matter would have called for heightened public scrutiny in light of Defendant's campaign. It is

inappropriate for her to blame Defendant for her own choices—both in this litigation and in the subject matter underlying it.

## IV. Conclusion

Defendant does not object to Plaintiff's request to restrict various documents, but her attempt to use Docket No. 34 as a further attempt to attack and publicly smear Defendant is inappropriate.

Dated: November 25, 2024

Respectfully submitted,

s/Keith R. Scranton
Jeffrey A. Springer, #6793
Keith R. Scranton, #42484
Christopher S. Maciejewski, #28963
SPRINGER & STEINBERG, P.C.
1400 S. Colorado Blvd., Suite 500
Denver, Colorado 80202
Telephone: 303-861-2800
Fax: 303-832-7116
jspringer@springersteinberg.com
kscranton@springersteinberg.com
cmaciejewski@springersteinberg.com
*Attorneys for Defendant Frank Maloit*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I caused the foregoing to be served on the following attorney via CM/ECF:

Joseph A. O'Keefe
Baker Law Group, LLC
7035 Campus Drive, Suite 702
Colorado Springs, CO 80920
joseph@jbakerlawgroup.com
*Attorneys for Plaintiff Jane Doe*

s/Heather M. Bolton
Heather M. Bolton, Paralegal

3