IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02383-PAB-KAS

JANE DOE,

    Plaintiff,

v.

FRANK DANIEL MALOIT,

    Defendant.

_____

**ORDER LIFTING STAY OF ORDER [#45] ON MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court sua sponte. On January 31, 2025, the Court denied Plaintiff leave to proceed pseudonymously and ordered that "all future filings shall identify Plaintiff by her real name." *See Order* [#45] at 11. The Court stayed its Order [#45] to and including February 18, 2025, *see id.*, but no party has objected, moved to reconsider, or otherwise sought to extend the stay or challenge the Order [#45]. Therefore,

    IT IS HEREBY **ORDERED** that the stay of the January 31, 2025 Order [#45] is **LIFTED**, and the Order [#45] shall be in effect going forward.

    Dated: February 19, 2025