IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1-24-cv-02383-KAS

**DANIELLE MALOIT, a/k/a JANE DOE**

    Plaintiff,

v.

**FRANK DANIEL MALOIT,**

    Defendant.

---

### PLAINTIFF'S NOTICE OF CONSENT TO AMEND PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER AND COUNTERCLAIMS

---

    COMES NOW Danielle Maloit ("Plaintiff"), by and through undersigned counsel, Baker Law Group, PLLC, to notify the Court of her Amended Reply to Defendant's Answer and Counterclaims pursuant to D.C.COLO.LCivR 15.1(a), as follows:

    1.    Plaintiff initiated this action on August 29, 2024, seeking relief pursuant to 15 U.S.C. § 6851 for the Defendant's unlawful disclosure of intimate photographs of Plaintiff via internet websites.

    2.    Defendant answered Plaintiff's Complaint on September 25, 2024, and brought counterclaims for Abuse of Process and Extreme and Outrageous Conduct - Emotional Distress.

    3.    On October 16, 2024, Plaintiff replied and brought affirmative defenses to Defendant's counterclaims.

    4.    Fed. R. Civ. P. 15(a)(2) allows a party to amend its pleading with the opposing party's written consent.

5.   Pursuant to Fed. R. Civ. P. 15(a)(2) and D.C.COLO.LCivR 7.1(a), undersigned counsel represents that after conferral with counsel for Frank Daniel Maloit ("Defendant"), Plaintiff's requested amendment is unopposed and consented to.

6.   D.C.COLO.LCivR 15.1(a) provides that a party who filed an amended pleading with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through the text to be deleted and underlines the text to be added.

7.   Plaintiff's First Amended Reply to Defendant's Answer and Counterclaims, which conforms to D.C.COLO.LCivR 15.1(a), is attached hereto as **Exhibit 1.**

Respectfully submitted this 4th day of June 2025.

BAKER LAW GROUP, PLLC

*s/Randee L. Stapp*
Randee L. Stapp, #26202
8301 E. Prentice Avenue, Suite 405
Greenwood Village, CO 80111
Phone: (303) 862-4564
Fax: (970) 704-5741
Email: randee@jbakerlawgroup.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June 2025, a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF CONSENT TO AMEND PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER AND COUNTERCLAIMS was served via CM/ECF on all parties of record.

*s/Janice Bennett*
Paralegal

*In accordance with C.R.C.P. 121 §1-26(9), a printed copy of this document with original signature(s) is maintained by Baker Law Group, PLLC, and will be made available for inspection by other parties or the Court upon request.*