IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 24-cv-02383-PAB-KAS | Date: July 15, 2025 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

*Parties:* 

JANE DOE,

   Plaintiff,

v.

FRANK DANIEL MALOIT,

   Defendant.

*Counsel:*

Randee Stapp

Keith Scranton

## COURTROOM MINUTES

**DISCOVERY CONFERENCE AND MOTION HEARING**
**Court in session:   10:23 a.m.**
Court calls case.  Appearances of counsel.

Argument by counsel as to Defendant's oral Motion to Compel Supplemental Responses, Motion for Sanctions Pursuant to Fed. R. Civ. P. 11(c) #[15] and Defendant's oral Motion for Attorneys' Fees and Sanctions Associated with this Hearing.

Court admonishes Plaintiff's counsel regarding complying with the Local Rules and deadlines and timely conferal with defense counsel.

For the reasons as stated on the record it is:

**ORDERED:**   Motion for Sanctions Pursuant to Fed.R.Civ.P. 11(c) #[15] is DENIED.

**ORDERED:**   Plaintiff to supplement initial disclosures **no later than August 5, 2025.**

**ORDERED:**   Counsel who are no longer representing Plaintiff to file a Motion to Withdraw **no later than July 18, 2025.**

**ORDERED:**   Defendant's oral Motion to Compel Supplemental Responses is GRANTED. Plaintiff to file amended discovery responses with general objections removed and only appropriate objections asserted **no later than August 5, 2025.**

**ORDERED:** Defendant's oral Motion for Attorney's Fees and Sanctions Associated with this Hearing is DENIED.

**ORDERED:** The following deadlines are extended:

> Discovery deadline: **October 31, 2025**
> Parties to designate affirmative experts: **December 1, 2025**
> Parties to designate rebuttal experts: **January 5, 2026**
> Dispositive Motion Deadline: **February 4, 2026**

**\*\*\*Clerk's note: In light of the extension of deadlines, the Final Pretrial Conference is CONTINUED from January 7, 2026, to August 6, 2026, at 10:30 a.m.**

Hearing concluded.
**Court in recess:**       12:01 p.m.
Total time in court:    01:38

\*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.