IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02383-PAB-KAS

DANIELLE MALOIT,

      Plaintiff/Counter Defendant,

v.

FRANK DANIEL MALOIT,

      Defendant/Counter Claimant.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on the following motions, which have been referred to the undersigned, *see* [#21], [#25], [#29], [#35]:

(1)    Defendant's **Motion for Leave to Restrict** [#13] his Rule 11 Motion and all supporting exhibits.

(2)    Defendant's **Unopposed Motion for Leave to Restrict** [#23];

(3)    Defendant's **Unopposed Motion for Leave to Restrict** [#27];

(4)    Plaintiff's **Renewed Motion for Leave to Restrict** [#34] the following:

    a.  Plaintiff's Complaint, filed August 29, 2024 [#1];

    b.  Defendant's Answer, Affirmative Defenses, and Counterclaims, filed September 25, 2024 [#9];

    c.  Plaintiff's Reply to Defendant's Counterclaims and Affirmative Defenses, filed October 16, 2024 [#16]; and

    d.  Plaintiff's Response to Defendant's Rule 11 Motion, as well as both exhibits thereto [#19, 19-1, 19-2].

      In accordance with D.C.COLO.LCivR 7.2(d), the Motions [##13, 23, 27, 34] were publicly posted to allow for any objections to the sealing of the documents and records. No timely objections were filed.

      On January 31, 2025, the Court denied Plaintiff leave to proceed pseudonymously

and ordered that "all future filings shall identify Plaintiff by her real name." *See Orde*r [#45] at 11. The Court stayed its Order [#45] to and including February 18, 2025, *see id*., but no party objected, moved to reconsider, or otherwise sought to extend the stay or challenge the Order [#45]. Therefore, on February 18, 2025, the stay of the January 31, 2025 Order [#45] was lifted, and the Order [#45] was deemed in effect going forward. *Order Lifting Stay* [#46]. Each of the above referenced pending motions to restrict pre-date that Order, including the Renewed Motion [#34].

Pursuant to D.C.COLO.LCivR 7.2(c), and for the reasons previously stated in the Order [#45], the Court finds that the presumption of public access to Court files is outweighed by the Plaintiff's interest in privacy as to her identity. Therefore, to the extent that Motions [##13, 23, 27, 34] seek restriction to protect Plaintiff's identity, that basis for restriction is moot. The Court finds, however, that certain restricted nude photographs, are appropriately subject to Level 1 restriction, which limits access to the parties and the Court. The Court finds that Level 1 restriction is appropriate for those photographs because further public distribution will likely exacerbate any harm that has allegedly occurred. Other exhibits attached to the Rule 11 Motion, however, were filed with personal identifying information and sensitive information or images redacted or cropped and, therefore, the Court finds no grounds for restricting those exhibits from public access in their entirety. Additionally, other exhibits to the Rule 11 Motion, such as Ex. L [#14-12], contain financial and mental health information that has already been revealed in Defendant's Counterclaims, *see*, *e.g.*, [#9], ¶¶ 75-96. Accordingly,

IT IS HEREBY **ORDERED** that:

(1)    Defendant's **Motion for Leave to Restrict** [#13] his Rule 11 Motion and all supporting exhibits is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. **IT IS GRANTED** as to the following documents, and the Clerk of the Court is directed to maintain the following documents UNDER RESTRICTION at LEVEL 1:

i.    Exhibit A [#14-1];

ii.    Exhibit B [#14-2]);

iii.    Exhibit C [#14-3]); and

iv.    Exhibit E [#14-5]).

b. **IT IS DENIED** in all other respects. Accordingly, it is **FURTHER ORDERED** that the Clerk of Court is directed to **unrestrict** Exhibit D [#14-1] and Exhibits F-N [#14-6], [#14-7], [#14-8], [#14-9], [#14-10], [#14-11], [#14-12], [#14-13], [#14-14].

2

(2)    Defendant's **Unopposed Motion for Leave to Restrict** [#23] is **DENIED**.

    a. Accordingly, it is **FURTHER ORDERED** that the Clerk of Court is directed to **unrestrict** Declaration of Frank Maloit in Support of Motion for Sanctions Pursuant to Fed. R. Civ. P. 11(c) [#24].

(3)    Defendant's **Unopposed Motion for Leave to Restrict** [#27] is **DENIED.**

    a. Accordingly, it is **FURTHER ORDERED** that the Clerk of Court is directed to **unrestrict** Declaration of Keith R. Scranton in Support of Defendant's Reply in Support of Motion for Sanctions Pursuant to Fed. R. Civ. P. 11(c) [#28].

(4)    Plaintiff's **Renewed Motion for Leave to Restrict** [#34] is **DENIED as moot.**

IT IS FURTHER **ORDERED** THAT THE Clerk of Court is directed to update CM/ECF to replace "Jane Doe" with Plaintiff's real name, "Danielle Maloit."

Dated:   August 1, 2025

3