IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02383-PAB-KAS

DANIELLE MALOIT,

    Plaintiff,

v.

FRANK DANIEL MALOIT,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's opposed **Motion for Extension of Time or Continuance** [#97] (the "Motion"). Plaintiff seeks a 21-day extension of time to respond to Defendant's Motion for Summary Judgment [#91] to allow her sufficient time to obtain files from her former counsel and to attend a meeting with the Federal Pro Se Clinic concerning her response.

    IT IS HEREBY **ORDERED** that Defendant shall respond to the opposed Motion [#97] no later than **February 25, 2026**.

    Dated: February 18, 2026