IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02383-PAB-KAS

DANIELLE MALOIT,

    Plaintiff,

v.

FRANK DANIEL MALOIT,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant's **Motion for Sanctions Pursuant to Fed. R. Civ. P. 37** [#87] (the "Motion").

    IT IS HEREBY **ORDERED** that Plaintiff shall respond to the Motion [#87] no later than **April 8, 2026**.

    Dated: February 18, 2026