IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02383-PAB-KAS

DANIELLE MALOIT,

      Plaintiff,

v.

FRANK DANIEL MALOIT,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court sua sponte. On review of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment [#112], the Court notes that Plaintiff, who proceeds as a pro se litigant, attached an exhibit to the Response containing a nude photograph. The Court finds that the photograph is appropriately subject to Level 1[1] restriction, which limits access to the parties and the Court. *Minute Order* [#72]. Accordingly,

      IT IS HEREBY **ORDERED** that the Clerk of Court is directed to **restrict** at **Level 1** the first attachment [#112-1] to Plaintiff's Response [#112].

      Dated: April 13, 2026

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2(b).