IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02383-PAB-KAS

DANIELLE MALOIT,

Plaintiff/Counter Defendant,

v.

FRANK DANIEL MALOIT,

Defendant/Counter Claimant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on sua sponte. In light of District Judge Brimmer's adjudication of the pending Motion for Summary Judgment [#91],

IT IS HEREBY **ORDERED** that a Status Conference is **SET** for **September 21, 2026, at 11:00 a.m.** by VTC. The parties shall utilize the following meeting instructions:

For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

Dated: September 1, 2026