IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action: 24-cv-02383-PAB-KAS | Date: November 16, 2026
Courtroom Deputy: Christopher Thompson | FTR – Courtroom A501

| *Parties:* | *Counsel:* |
|---|---|
| DANIELLE MALOIT, | Andrew Dunkin |
| Plaintiff & Counter Defendant, | |
| v. | |
| FRANK DANIEL MALOIT, | Pro Se |
| Defendant & Counter Claimant. | |

## COURTROOM MINUTES

**MOTION HEARING**
**Court in session: 1:30 p.m.**
Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Discussion held on Defendant's [ECF 150] *Motion for Leave to Amend the Scheduling Order; Amend Supplemental counterclaims; Grant Limited Additional Discovery; Request for Continuing Jurisdiction*. The Court hears the parties' arguments and will not enter a ruling on the record; the *motion* is taken under advisement.

For the reasons as stated on the record it is:

**ORDERED:** Defendant voluntarily withdraws his voidable transfer claim of his [ECF 150] *Motion for Leave to Amend the Scheduling Order; Amend Supplemental counterclaims; Grant Limited Additional Discovery; Request for Continuing Jurisdiction*. The *Motion* is taken under advisement,

**ORDERED:** The parties shall confer regarding their availability to participate in a Settlement Conference, which will be scheduled on a date before the end of the year, and then jointly email Judge Starnella's chambers with mutually agreeable dates.

**Court in recess:** **2:14 p.m.** Hearing concluded.
Total time in court: 00:44

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.